No. 79–1966. COLONIAL PENN INSURANCE CO. *v.* SHOCK-LEY. C. A. 5th Cir. Certiorari denied.

No. 79–1968. GORDON *v.* BOARD OF GOVERNORS OF FEDERAL RESERVE SYSTEM ET AL. C. A. 5th Cir. Certiorari denied.

No. 79–1971. JACOBSEN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 79–1973. MOLLY MURPHY'S, INC., ET AL. *v.* MASTERS. C. A. 10th Cir. Certiorari denied.

No. 79–1974. LETTS INDUSTRIES, INC. *v.* WIERSEMA. C. A. 7th Cir. Certiorari denied.

No. 79–1975. METROPOLITAN SCHOOL DISTRICT OF PERRY TOWNSHIP, MARION COUNTY, INDIANA *v.* BUCKLEY ET AL.;

No. 79–2001. BOWEN, GOVERNOR OF INDIANA, ET AL. *v.* BUCKLEY ET AL.;

No. 79–2067. METROPOLITAN SCHOOL DISTRICT OF LAW-RENCE, WARREN AND WAYNE TOWNSHIPS, MARION COUNTY, INDIANA, ET AL. *v.* BUCKLEY ET AL.;

No 80–99. SCHOOL TOWN OF SPEEDWAY, INDIANA, ET AL. *v.* BUCKLEY ET AL.;

No. 80–115. HOUSING AUTHORITY OF THE CITY OF INDI-ANAPOLIS, INDIANA *v.* BOARD OF SCHOOL COMMISSIONERS OF THE CITY OF INDIANAPOLIS, INDIANA, ET AL.; and

No. 80–129. BOARD OF SCHOOL COMMISSIONERS OF THE CITY OF INDIANAPOLIS, INDIANA, ET AL. *v.* METROPOLITAN SCHOOL DISTRICT OF PERRY TOWNSHIP, INDIANA, ET AL. C. A. 7th Cir. Certiorari denied. Reported below: 637 F. 2d 1101.

No. 79–1976. RAYMER *v.* DOUBLEDAY & CO., INC., ET AL. C. A. 5th Cir. Certiorari denied.